# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JOSEPH M. C.,

          Petitioner,

v.

TODD BLANCHE, *Acting Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID J. VENTURELLA, *Acting Director of Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

          Respondents.

Case No. 26-cv-3256 (LMP/ECW)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: July 14, 2026

        *s/ Laura M. Provinzino*
        Laura M. Provinzino
        United States District Judge